## HENRY W. DELAVAN, EDWARD C. DELAVAN AND JOHN T. NORTON, MERCHANTS IN COMPANY TRADING UNDER THE FIRM OF HENRY W. DELAVAN & CO., *versus* ABRAHAM EDWARDS

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 361; (2) motion for judgment *p. 436; (3) judgment *p. 458.

PAPERS IN FILE: (1) Precipe for process; (2) verified account; (3) capias and acknowledgment of service; (4) recognizance; (5) bail piece; (6) declaration; (7) plea of non assumpsit; (8) calculation of amount due and precipe to enter judgment; (9) sheriff's bill of fees; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return; (12) precipe for fi. fa.; (13) pluries fi. fa. and return.

*1822–23 Calendar*, MS p. 87. Recorded in *Book B*, MS pp. 279–82.

## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Rule to make return, return made *p. 367; (2) motion to amend return granted *p. 371; (3) judgment reversed *p. 373.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error, allowance, order that prisoner be enlarged; (3) transcript of county court record; (4) bail bond in error and approval; (5) precipe for supersedeas; (6) copies of oaths administered to grand and petit juries in Wayne County Court.

*1822–23 Calendar*, MS p. 49.